# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

### NO. 03-07-00637-CV

**In re Thomas Walker Lynch**

### ORIGINAL PROCEEDING FROM WILLIAMSON COUNTY

### M E M O R A N D U M   O P I N I O N

Relator Thomas Walker Lynch has filed a petition for writ of mandamus. *See* Tex. R.
App. P. 52.8. We deny the petition for writ of mandamus.

_____

David Puryear, Justice

Before Justices Puryear, Pemberton and Waldrop

Filed: November 16, 2007